625 A.2d 52

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael A. McGINLEY, Respondent.**

**No. 921 Disciplinary Docket.**
**No. 2.**
**Disciplinary Board No. 109 DB 91.**

Supreme Court of Pennsylvania.

Argued May 5, 1993.

Decided May 21, 1993.

John L. Doherty, Chief Disciplinary Counsel, Pittsburgh, Alan J. Davis, Sr., Disciplinary Counsel, Philadelphia, for petitioner.

Blair Warner, Pottsville, for respondent.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated January 21, 1993, and following oral argument, it is hereby

ORDERED that Michael A. McGinley be and he is DISBARRED from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.